UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRIAN C. DEJEAN

VERSUS

MARS WRIGLEY CONFECTIONERY,
ET AL.

CIVIL ACTION NO.

20-623-SDD-EWD

## **RULING AND ORDER**

Before the Court is the Motion to Remand, filed by Brian C. DeJean ("Plaintiff").[1] For the reasons that follow, the Motion is granted and this matter is remanded to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

This case was removed by Mars Wrigley Confectionery and Liberty Mutual Group, Inc. (collectively, "Defendants") based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.[2] The Court issued a Notice and Order on October 5, 2020, *sua sponte* raising the issue of whether the requirements for subject matter jurisdiction were met and requiring Defendants to set forth facts and evidence to support a finding that the requisite amount in controversy was established since it was not apparent from the Petition or Notice of Removal.[3] On October 15, 2020, Defendants filed their Memorandum in Response to the Court's Notice and Order.[4] In response, Plaintiff filed the Motion to Remand.

In the Motion to Remand, Plaintiff argues that this Court does not have subject matter jurisdiction over this matter because "the amount in controversy does not exceed $75,000.00 at this time."[5] Plaintiff attached several exhibits to the Motion, including his responses to Defendants' discovery requests, to show that his claims do not likely exceed

---

[1] R. Doc. 9.
[2] R. Doc. 1, ¶ 6.
[3] R. Doc. 3.
[4] R. Doc. 7.
[5] R. Doc. 9-2, p. 2.

$75,000, exclusive of interest and costs, and that remand is warranted.[6] Finally, Plaintiff requests an order "requir[ing] the removing Defendants to pay Plaintiff's costs and expenses, including attorney's fees, incurred as a result of the removal, under 28 U.S.C. § 1447(c)."[7]

A hearing on the Motion was held before Magistrate Judge Erin Wilder-Doomes on November 20, 2020.[8] During the hearing, the parties agreed that the amount in controversy cannot be established at this time, and Plaintiff orally withdrew his request for attorney's fees and costs under § 1447(c).

Considering the Motion, the minutes of the November 20 hearing, and the Magistrate Judge's recommendation:

**IT IS ORDERED** that the Motion to Remand[9] is GRANTED. The above-referenced matter is REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. Judgment shall be entered accordingly

**IT IS FURTHER ORDERED** that Plaintiff's request for attorneys' fees and costs under 28 U.S.C. § 1447(c) is DENIED AS MOOT based on Plaintiff's withdrawal of same.

Signed in Baton Rouge, Louisiana the 8th day of December, 2020.

_____
**JUDGE SHELLY D. DICK
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[6] R. Doc. 9-2, p. 3. *See also* R. Doc. 9-3, p. 1 ("Request for Admission No. 1: Please admit that in your lawsuit, you are claiming damages in excess of $75,000, exclusive of interests and costs. Response to Request for Admission No. 1: Subject to and without waiving any/all available objection(s), Petitioner cannot determine the amount of any/all claim(s) alleged in the instant matter at this time. But Petitioner does not have reason to believe that damages sought will exceed $75,000.00 at this time. Petitioner expressly reserves the right to amend this response at any time prior to trial.").
[7] R. Doc. 9-2, p. 3.
[8] R. Doc. 12.
[9] R. Doc. 1.